1  BROWN RUDNICK LLP
   JOEL S. MILIBAND, #77438
2  jmiliband@brownrudnick.com
   SAMUEL A. MONIZ, #313274
3  smoniz@brownrudnick.com
   2211 Michelson Drive
4  Seventh Floor
   Irvine, California 92612
5  Telephone:  (949) 752-7100
   Facsimile:   (949) 252-1514

6  FISH & RICHARDSON
   SETH M. SPROUL
7  12860 El Camino Real, Suite 400
   San Diego, California 92130
8  Telephone: (858)-679-5070

9  Attorneys for Defendant
   WORLD PROGRAMMING LIMITED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAS INSTITUTE INC.,<br><br>            Plaintiff,<br><br>v.<br><br>WORLD PROGRAMMING LIMITED<br><br>            Defendant. | CASE NO: 2:18cv603 VAP (PJWx)<br><br>**JOINT NOTICE OF PAYMENT OF JUDGMENT** |

World Programming Limited **("WPL")** and SAS Institute **("SAS")** hereby jointly notify the Court of the following:

This proceeding was initiated to enforce an unpaid federal judgment from North Carolina. On April 12, 2021, this Court entered an order (1) that required WPL to assign to SAS the right to payments from various WPL customers "until such time as the North Carolina judgment … is fully satisfied," (2) that authorized SAS's counsel to collect payments directly from those WPL customers, and (3) that subject to various restrictions, ordered turnover of funds "subject to" the assignment. Dkt. 205.

On January 3, 2022, WPL's new owner, Altair Engineering Inc., wired to SAS on behalf of WPL the sum of $65,915,088.89—the total amount still outstanding on the judgment. On January 4, 2022, SAS confirmed receipt of the payment. On March 3, 2022, the North Carolina court confirmed that the judgment has been paid and satisfied, and directed SAS to file information with the North Carolina clerk of court to reflect satisfaction of the outstanding judgment. On March 4, 2022, the North Carolina court entered an order amplifying in writing upon its March 3, 2022 determination. On March 7, 2022, SAS filed a Satisfaction of Judgment with the North Carolina court.

The parties hereby notify the Court that the North Carolina judgment has been fully satisfied and that WPL now has all rights to payment due or to become due from WPL customers and so all future payments from WPL customers should be directed to and collected by WPL. Accordingly, the parties believe the Court can now enter an order terminating this case.

DATED: March 7, 2022

By: /S/ *Seth Sproul*
Seth M. Sproul
Attorney for Judgment Debtor
WORLD PROGRAMIMING LIMITED.

By: /S/ *Marshall F. Goldberg*
MARSHALL F. GOLDBERG
GLASS & GOLDBERG
Attorney for Judgment Creditor SAS INSTITUTE INC.